UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                :

ARISTINA TORRES MELLA,                      :

                    Plaintiff,                :
                                        :      19-CV-8955 (JMF)
       -v-                                  :
                                        :      ORDER

JET MESSENGER SERVICE, INC. et al.,    :

                    Defendants.          :
                                                :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated during today's conference, fact discovery is now closed, and the deadline for expert discovery remains **March 30, 2020**. The Court will not extend expert discovery except upon good cause shown, well in advance of that date.

       Moreover, the following briefing schedule shall apply to any motions for summary judgment: Defendants' motion for summary judgment and accompanying brief shall be due **May 13, 2020**. If Plaintiff files a cross-motion for summary judgment, any brief in support of such a motion and in opposition to Defendants' motion shall be filed as a single, consolidated brief no later than **May 27, 2020**. If Plaintiff files a cross-motion for summary judgment, Defendants' opposition to Plaintiff's cross-motion and reply brief in support of its motion shall be filed as a single, consolidated brief no later than **June 10, 2020**. Plaintiff's reply brief in support of its cross-motion shall be due **June 17, 2020**. The page limits for the four briefs shall be 25, 25, 25, and 10 pages, respectively. If, however, Plaintiff does not file a cross-motion for summary judgment, Defendants shall file their reply in support of their motion, not to exceed 10 pages, no later than **June 3, 2020**.

       SO ORDERED.

Dated: February 26, 2020
       New York, New York                               _____
                                                                    JESSE M. FURMAN
                                                             United States District Judge