UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARISTINA TORRES MELLA,

                Plaintiff,

-v-                                            19-CV-8955 (JMF)

JET MESSENGER SERVICE, INC. et al.,            ORDER

                Defendants.

---

JESSE M. FURMAN, United States District Judge:

      As provided in the Case Management Plan and Scheduling Order, the parties are required to file joint pretrial order and other pretrial filings within thirty days of the close of all discovery or, if a dispositive motion has been filed, within thirty days of a decision on such a motion. *See* ECF No. 9 at ¶ 14. Discovery closed on March 30, 2020, and neither party filed a motion for summary judgment, which was due no later than May 27, 2020. *See* ECF No. 15. Accordingly, the joint pretrial materials are currently overdue.

      As a courtesy, the Court hereby EXTENDS the deadline to file the joint pretrial materials, *nunc pro tunc*, to **July 1, 2020**. (To be clear, the Court does not grant an extension of time to file summary judgment motions; the time to file such motions has come and gone.) If, by that date, the parties fail to file the joint pretrial order and other pretrial filings — the contents of which are described in Paragraphs 5(B) and 5(D) of the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman — this case may be dismissed for failure to prosecute.

      SO ORDERED.

Dated: June 1, 2020
       New York, New York

                                                        JESSE M. FURMAN
                                                    United States District Judge